STATE OF FLORIDA *ex rel.* ERNEST AMOS, COMPTROLLER, PEACE RIVER INVESTMENT COMPANY, INC., W. W. WHITEHURST AND ULEY MURPHY, *Appellants.* v. FRANK A. HAMWEY, *Appellee.*

Decision Filed January 28, 1924.

Where the members of the appellate court are equally divided in opinion as to whether an order on appeal should be reversed or affirmed, and there is no prospect of a change of judicial opinion the order should be affirmed, so that the litigation may not be unduly prolonged.

Affirmed.

An Appeal from an order of the Circuit Court for Hardee County; W. S. Bullock, Judge.

*W. W. Whitehurst,* for Appellants;

*L. Grady Burton,* for Appellee.

PER CURIAM.—In this case the Chief Justice, Mr. Justice Ellis and Mr. Justice Browne are of opinion that the interlocutory order herein overruling a demurrer to the bill of complaint should be affirmed, while Mr. Justice Whitfield, Mr. Justice West and Mr. Justice Terrell are of opinion that the interlocutory order should be reversed; and, there being no prospect of a change of judicial opinion, the order should be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 South. Rep. 51; Pensacola Electric Co. v. Humphreys, 61 Fla. 389, 54 South. Rep. 452, and Quigg, Chief of Police, v. Radel, 86 Fla. 197, 97 South. Rep. 380.

An order will be entered affirming the interlocutory order to which the appeal herein was taken.

All concur.